**07 CV 3684**

**JUDGE DANIELS**

224-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Petitioner
IMAGE TRADING S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901

Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

RECEIVED
MAY 09 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IMAGE TRADING S.A,

                Petitioner,

  - against –

CEYLON PETROLEUM CORPORATION (a/k/a
CEYPETCO),

                Respondent.
-----------------------------------------------------------x

07 CIV _____ (    )

**RULE 7.1 STATEMENT**

IMAGE TRADING S.A, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 7, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Petitioner IMAGE TRADING S.A

         By: _____
                  Michael E. Unger (MU 0045)
                  Lawrence J. Kahn (LK 5215)
                  80 Pine Street
                  New York, NY 10005
                  (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/282862.1