

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IMAGE TRADING S.A.,
                 Petitioner,

-against-

CEYLON PETROLEUM CORPORATION,
                 Respondent.

------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

     In a maritime action, petitioner seeks an Order to Show Cause to confirm an arbitral award, which was issued in England, and to permit substituted service upon respondent, a business entity organized under the laws of Sri Lanka. The application is denied.

     Petitioner has failed to demonstrate that the requisite personal jurisdiction over respondent exists or that any of respondent's property lies in this district giving rise to *in rem* jurisdiction. Nor has petitioner established that substituted service is appropriate.[1]

     Accordingly, petitioner's application for an Order to Show Cause is denied.

Dated: New York, New York
         May 16, 2007

                                   SO ORDERED:

                                   *George B. Daniels*
                                   GEORGE B. DANIELS
                                   United States District Judge

---

[1] There has been no showing that respondent cannot be served "by an internationally agreed means reasonably calculated to give notice, such as those means authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." Fed.R.Civ.P. 4(f)(1), (h)(2).